**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| AA American Development Corporation, et al., | |
| Plaintiffs, | CIV-06-2450-PHX-SMM |
| v. | |
| United States of America, et al, | **ORDER** |
| Defendant. | |

Pending before the Court is Defendant United States of America's ("Defendant") Motion for Extension of Time to respond to Plaintiffs' Motion for Summary Judgment. (Dkt. 11.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Extension of Time to respond to Plaintiffs' Motion for Summary Judgment.  (Dkt. 11.)

**IT IS FURTHER ORDERED** that Defendant United States shall respond to Plaintiffs' Motion for Summary Judgment no later than March 30, 2007.

DATED this 22nd day of February, 2007.

Stephen M. McNamee
United States District Judge