**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| AA American Development Corporation, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>United States of America,<br><br>          Defendant. | No. CV-06-2450-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant United States of America's ("Defendant") unopposed Motion for Extension of Time to respond to Plaintiffs' Motion for Summary Judgment (Doc. 14). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Extension of Time to respond to Plaintiffs' Motion for Summary Judgment (Doc. 14).

**IT IS FURTHER ORDERED** that Defendant United States shall respond to Plaintiffs' Motion for Summary Judgment no later than April 30, 2007.

**DATED** this 28th day of March, 2007.

Stephen M. McNamee
United States District Judge