**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AA American Development Corporation, et al., | No. CV-06-2450-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is the Joint Motion to Extend the Deadline for Plaintiffs to respond to Defendant's Cross Motion for Summary Judgment (Doc. 23).  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Motion for Extension of Time to respond to Defendant's Motion for Summary Judgment (Doc. 23).

**IT IS FURTHER ORDERED** that Plaintiffs shall respond to Defendant's Motion for Summary Judgment no later than **June 15, 2007.**

DATED this 1st day of June, 2007.

Stephen M. McNamee
United States District Judge